

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ALEJANDRO DIAZ, | § | No. 08-21-00202-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| LUIS AURELIO TODD, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCV4425) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the trial court's judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF DECEMBER, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.